1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROY STOUT,

        Plaintiff,

    v.

HENRY RICHARDS, *et al.*,

        Defendants.

Case No. C05-5179FDB

ORDER

      Plaintiff takes issue with the Court's adoption of the Report and Recommendation arguing, again, that this is a "money suit."  He also again brings a "Motion For Self-Recusal of Judge."

      Plaintiff has repeated his arguments, and the Court is not persuaded to reconsider.

      ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion for Reconsideration [Dkt. # 10] is DENIED.

      DATED this 10th day of June, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1